Expert Witness Fee Schedule
April 5, 2012

Medical Record Review
    First Hour                                   $500
    Each Additional Hour             $500
    For Expedited Review            $1,000 per hour

Attorney Conferences per Hour Prorated     $500

Expert Witness Deposition               $750 per hour

Expert Witness Trial Testimony            $750 per hour

Daily Rate for Time Away from
    Work to Testify in Court                $5,000 plus expenses

G. Lee Cross, III, MD

EXHIBIT "B"