# G. Lee Cross, III, MD

**5085 Falcon Chase Lane**
**Atlanta, Georgia 30342-2180**
**Home 404-255-5228, Cell 404-408-4034, Fax 404-255-3256, Office 404-562-1554**
**Email glc3md@bellsouth.net**

Med Mal Depositions for 2003
1 – Wunstell v. Morris
     17th Judicial District Court
     Parish of LaFourche, LA
     Case # 83086
     For the plaintiff

2 – Andrew v. Haley
     State Court of Fulton County, GA
     CAFN 02VS041782-F
     For the plaintiff

3 – Bishop v. Wade
     Circuit County of Maury County, TN at Columbia
     CAFN: 6998
     For the Plaintiff

Med Mal Depositions 2004
1 – Givens v. Khan
     Circuit Court for Smith County, TN
     CAFN 5443W
     For the plaintiff

2 – Waltz v. Resurgens and Affiliated Orthopaedists, PC
     State Court Fulton County, GA
     CAFN 03-VS05-6155G
     For the plaintiff

Personal Injury not Med Mal Depositions 2004
1 – Nail and Nail v. Gossett
     GA
     CAFN: 00A64253-2
     Defense Atty Hillaird V. Castilla
     Harper, Waldon & Craig
     For the defense

Med Mal Depositions for 2005
1 – Barrett v. Smission

EXHIBIT "C"

State Court of Bibb County, Ga  CAFN 52498
Plaintiff's Attys Hertz, Link & Smith
For the plaintiff

2 – Brownell v. Cape Canaveral Hosp
    05-2002-CA-6311

3 – MacLeod v. Rosen
    Orlando, FL
    03-CA-10726
    Plaintiff's Atty Nolan Carter
    For the plaintiff

4 – Eatmon v. Vanapalli et al
    Clayton County, GA
    For the plaintiff

5 – Stringer v. Flanagan et al
    Alabama
    Plaintiff's Atty Elisabeth French
    For the plaintiff

6 – Lauletta v. Sparks
    Circuit Court Etowah County, AL
    CV 02-1637
    For the plaintiff

Med Mal Trial Testimony 2005
1 – Orman v. Greenwood Leflore Hosp
    Leflore County Circuit Court, MS
    Cause # 2003-0127-CICI
    Plaintiff's Atty S. Todd Jeffreys
    For the plaintiff

Med Mal Depositions for 2006
1 – Manning v. Wells
    Forsyth County, GA
    For the plaintiff
    Plaintiff's Atty Brian Neary

2 – Carroll v. Colquitt
    State Court Fulton County, GA
    CAFN: 05-1-8548-42

For the plaintiff

Personal Injury not Med Mal for 2006
1 – Vicki Stone v. Martin & Cumberland
   State Court Fulton County, GA
   CAFN: 02VS033831J
   For the defense

2 – Charles Naugle v. Martin & Cumberland
   State Court Fulton County, GA
   CAFN: 02VS033831G
   For the defense

3 – Azim Sayedzada v. Kebba
   GA
   CAFN: 2004A4773-1
   For the Defense

4 – Smith v. Brannan and Metro Tire & Auto
   GA
   CAFN: 03VS05319A
   For the defense

5 – Green v. Crete Carrier Corporation and Freddie Lee Scott
   GA
   For the defense
   Defense Atty Brian Neary


Personal Injury not Med Mal Trial Testimony 2006
1 – Azim Sayedzada v. Kebba
   GA
   CAFN: 2004A4773-1
   For the defense

Personal Injury not Med Mal Trial Testimony for 2007
1 – Smith v. Brannan and Metro Tire & Auto
   GA
   CAFN: 03VS05319A
   For the defense

2 – Green v. Crete Carrier Corp and Freddie Lee Scott
   GA
   For the defense

Defense Atty Brian Neary


3 – Basset v. Johnston
    State Court Clayton County, GA
    2006CV-04270-E
    For the defense


Med Mal Trial Testimony for 2007
1 – Sexton v. Rojas
    State Court Brevard County, FL
    For the plaintiff
    Plaintiff's Atty Nolan Carter

Personal Injury Deposition Testimony for 2007
1 – McKenzie & McKenzie v. Griffith
    State Court Coweta County, GA
    CAFN: 05SV770
    For the defense

Med Mal Deposition Testimony for 2007
1 – Claybough v. Beeks
    Cleveland, TN
    Plaintiff's Atty Andy Lewis
    Lewis & Oliver
    For the plaintiff

Med Mal Deposition Testimony for 2008
1 – Payne v. Redmond Park Hospital
    US District Court Northern District of GA
    Rome Division
    CAFN: 4:06-CV-254-HLM
    Plaintiff's Atty Andy Lewis
    Lewis & Oliver
    For the plaintiff

Personal Injury Depositions for 2008
1 – Lynne Smith v Otis Elevator
    USDC Atlanta
    Plaintiff's Atty Jay Sadd
    Slappey and Sadd
    For the defense


2 – Maatveychuk v. Fox

GA
CAFN: 2006-CV-118128
Defense Atty Hilliard Castilla
Harper, Waldon & Craig
For the defense


3 – Miller v. Ford
   Superior Court Pike County, GA
   CAFN: 07-V-008
   Defense Atty Hilliard Castilla
   Harper, Waldon & Craig
   For the defense

4 – Baker v. Eubanks, Promotional Designs, Inc. d/b/a Shirt Shanty and XYZ Corp
   State Court of Cobb County, GA
   CAFN: 007-A-14435-6
   Defense Atty Hilliard Castilla
   Harper, Waldon & Craig
   For the defense

5 – Daley v. Gallant
   State Court of Dekalb County, GA
   CAFN: 07A77972-1
   For the defense

Med Mal Trial Testiimony for 2008
1 – Manning v. Wells
   State Court Cherokee County, GA
   Case # 04-SC-0949
   Plaintiff's Atty Brian Neary
   Webb, Zschunke, Neary and Dikeman
   For the plaintiff


2 – Barrett v. Smisson
   State Court Bibb County, GA
   CAFN: 52498
   For the plaintiff

Personal Injury not Med Mal Depositions for 2009
1 – Marylin Berrier v. Otis Elevator, Marriott International, HMA Realty
   USDC ND GA, ATL DIV
   CAFN: 1:08-CV02706

For the defense

2 – Pamela Harris v. Jerome Mack Caudill
   State Court of Gwinnett County, GA
   CAFN: 07-C110101-2
   Defense Atty Hilliard V. Castilla
   Harper, Waldon & Craig


Personal Injury not Med Mal Deposition Testimony for 2010

1 – Brookins v. S&M Trucking, Inc., Cypress Ins Co and Allen W. Frazier
   Barrow County Superior Court, GA
   CAFN: 08CV-2786-B
   Defense Atty Susan Levy
   Levy & Pruett
   For the defense

2 – Berni v. Cousins Properties, Inc.
   Fulton County, GA
   CAFN: 2009-CV-172147
   For the defense

3 – Mace vs. Brown
   State Court of Fulton County, GA
   CAFN: 209EV007475F
   Defense Atty Hilliard Castilla
   Harper, Waldon & Craig
   For the defense



4 – Chavis v.  Hogan
    State Court of Fulton County, GA
    CAFN: 2009EV006409C
    Defense Atty Russell Waldon
    Harper, Waldon & Craig
    For the defense

5 – Samir Jusupovic v. HMI Property Solutions, Inc., and Mountain Trace
Apartments, Inc.
Fulton County State Court: CAFN: 2007EV003078C

AND
Ibrahim Kurjak, Zahia Kurjak, Personally and as natural guardian of Samir Kurjak,
minor v. HUM Property Solutions, Inc, Mountain Trace Apartments, Inc., Cirle Six
Professional Systems, In. d/b/a Currahee Security Services and John Does
Fulton County State Court: CAFN: 2007EV003052H
Plaintiff's Atty Jay Sadd
Slappey and Sadd
 For the plaintiff

Personal Injury not Med Mal Trial Testimony for 2010

1 – Batts v. Crete Carrior Corporation d/b/a Shaffer Trucking and Michael A. Lance
    USDC N Georgia District
    CAFN: 1:09-CV-0328-TWT
    Defense Atty Brian Neary
    Webb, Zschunke, Neary and Dikeman
    For the defense

2 – Chavis v. Hogan
    State Court Fulton County, GA
    CAFN: 2009EV006409C
    Defense Atty Russell Waldon
    Harper, Waldon & Craig
    For the defense

Personal Injury not Med Mal Deposition Testimony 2011

1 – Pruitt v. Provident Life and Accident Insurance Company
    CAFN: 1:10-cv-2209 JEC
    Plaintiff's Atty Jay Sadd
    Defense Atty H. Sanders Carter
    For the plaintiff

2 – Curtice v. Warren
    State Court of Dekalb County
    CAFN 10A23935-2
    Defense Atty Hilliard Castilla
    Harper, Waldon & Craig
    For the defense

Personal Injury not Med Mal Trial Testimony 2011

1 – Curtice v. Warren
   State Court of DeKalb County
   CAFN 10A23935-2
   Defense Atty Hilliard Castilla
   Harper, Waldon & Craig
   For the defense

Personal Injury not Med Mal Trial Testimony 2012

1 – McGuirt and McGuirt vs. Wigington and Cagle Funeral Home
   CAFN: 2008SUCV241
   Superior Court Pickens County, Ga.
   Defense Attorney J. Blair Craig
   Harper, Waldon & Craig
   For the defense

2 – Gordon vs. Head
   State Court Forsyth County, Ga
   CAFN: 09SC-2180
   Defense Atty Hillard V. Castilla
   Harper, Waldon & Craig
   Plaintiff's Atty Robert Mulholland
   For the defense

3 – Crubaugh v. Legere and King Smith Equities, Inc.
   State Court Carroll County, Georgia
   CAFN: 10EV009149J
   Defense Atty Hilliar V. Castilla
   Harper, Waldon & Craig
   Plaintiff's Atty Robert T. Duffee
   R. T. Duffee Law Firm, LLC
   For the defense

Personal Injury not Med Mal Deposition Testimony 2012

1 – Gordon vs. Head
   State Court of Forsyth County, Ga
   CAFN: 09SC-2180
   Defense Atty Hilliard Castilla

Harper, Waldon & Craig
Plaintiff's Atty Robert Mulholland
For the defense

2 – Walker vs. Berry
   State Court of DeKalb County, Ga
   CAFN: 11A35202
   Defense Atty Hilliard Castilla
   Harper, Waldon & Craig
   Plaintiff's Atty Alan Nicholson
   Nicholson Law Firm
   For the defense

3 – Figur v. Harris
   Superior Court of Fulton County
   CAFN: 2011CV197473
   Defense Atty Russell Waldon
   Harper, Waldon & Craig
   Plaintiff's Attorney Michael Werner
   Werner and Associates
   For the defense

4 – Hinton v. Frito-Lay, Inc.
   CAFN: 10-A-74-5
   State Court of Cobb County
   Defense Atty Dan Prout
   Harper, Waldon & Craig
   Plaintiff's Atty Tim Hall
   For the Defense

5 – Robinson v. Bettis
   CAFN: 10A33540-7
   State Court of Dekalb County
   Defense Atty Hilliard Castilla
   Waldon, Adelman, Castilla, Hiestand & Prout
   For the Defense

Personal Injury not Med Mal Trial Testimony 2013

1 – Brown v. White
   CAFN: J 11EV012390G
   State Court of Fulton County

Defense Atty Dan Prout
Waldon Adelman Castilla Hiestand & Prout
Testimony date 4/4/13

2 – Gaither vs. Brown
    CAFN: 10A33803
    State Court of DeKalb County
    Defense Atty Hilliard V. Castilla
    Waldon Adelman Castilla Hiestand & Prout
    Testimony Date 4/9/13

3 – McKinley and McKinley vs. Bostick
    CAFN: 08SC1744
    State Court Cherokee County
    Defense Atty Hilliard V. Castilla
    Waldon Adelman Castilla Hiestand and Prout
    Plaintiff's Atty Jonathan Pope
    Hasty Pope, LLC
    For the Defense 5/9/13

4 - Robinson vs. Bettin
    State Court of DeKalb County
    CAFN: 10A33540-7
    Defense Atty Hilliard V. Castilla
    Waldon Adelman Castilla Hiestand & Prout
    Plaintiff's Atty Michael Mills
    For the Defense 5/16/13

5 – Norris v. Watson
    State Court of DeKalb County
    Defense Atty Russell Waldon and John Alday
    Waldon Adelman Castilla Hiestand & Prout
    Plaintiff's Atty Jack Clay
    For the Defense 7/16/13

6 – Cooke v. George R. Feehery
    State Court of Cherokee County
    CAFN: 11-SC-0140AJ
    Defense Atty Hilliard V. Castilla
    Waldon Adelman Castilla Hiestand & Prout

Plaintiff's Atty Phillip Price
Abernathy and Associates
For the Defense 9/10/13

Personal Injury not Med Mal Deposition Testimony 2013

1 – Reduseal v. Wesley D. LLC
    CAFN: 10CV43903E
    Defense Atty John Alday
    Waldon Adelman Castilla Hiestand & Prout
    Plaintiff's Atty David Sleppy
    Depo date 4/24/13


2 – McKinley and McKinley vs. Bostick
    CAFN: 08SC1744
    State Court of Cherokee County
    Defense Hilliard V. Castilla
    Waldon Adelman Castilla Hiestand & Prout
    Plaintiff's Atty Jonathan Pope took depo 5/1/13
    Hasty Pope, LLC

3 – Carter v. Nkenke
    CAFN: 2013A1571-5
    State Court of Cobb County
    Defense Atty John Alday
    Waldon Adelman Castilla Hiestand & Prout
    Plaintiff's Atty Robert Katz
    Katz Stepp Wright & Fleming

Personal Injury not Med Mal Deposition Testimony 2014

1 – Keith and Keith v. Lanham
    CAFN: 10A34134-1
    State Court of DeKalb County
    Defense Atty Dan Prout
    Waldon Adelman Castilla Hiestand & Prout
    Plaintiff's Att Robert Tidwell
    Testified for the Defense, i.e depo taken by plaintiff's atty
    1/23/14


2 – Adams vs. Anderson
    State Court of Forsyth County
    CAFN: 12SC-1913
    Defense Atty Skye Wellsely
    Waldon Adelman Castilla Hiestand & Prout
    Plaintiff's Atty David R. Moore
    Peachtree Law Group
    Deposition taken by plaintiff 3/13/14

3 – Atkins and Atkins vs. Westervelt
    Superior Court of Richmond County
    CAFN: 2012-RCCV-504
    Defense Atty Hilliard V. Castilla
    Waldon Adelman Castilla Hiestand & Prout
    Plaintiff's Atty Robert K. Finnell
    The Finnell Firm
    Deposition taken by the plaintiff 4/30/14

4 – Sanchez-Castillo v. Couri
    State Court of DeKalb County
    CAFN: 13A47197-3
    Defense Atty John Alday
    Waldon Adelman Castilla Hiestand & Prout
    Plaintiff's Atty Kunnatha Law Firm
    Deposition taken by the plaintiff 8/28/14

5 - James Blackmon v. Austin Teng
    Superior Court of Fulton County
    CAFN: 2013CV228724
    Defense Atty Dan Prout
    Waldon Adelman Castilla Hiestand & Prout
    Plaintiff's Atty Joe Weeks

Discovery Deposition taken by plaintiff 9/25/14

6 – Hillou vs. Mark Cole and Randal Lowe Enterprises, Inc.
   Cobb Superior Court
   CAFN: 2012A-2766-6
   Defense Atty B. Brent Terry
   Inhouse Counsel Cincinnati Insurance Company
   Plaintiff's Atty Clyde Rickard
   Discovery Deposition taken by plaintiff 10/9/14


2014 Trial Testimony

1 – Keith and Keith v. Lanham
   State Court of DeKalb County
   CAFN: 10A34134-1
   Defense Atty Dan Prout
   Waldon Adelman Castilla Hiestand & Prout
   Plaintiff's Atty Robert Tidwell
   Testified for the defense 3/19/14

2 – Atkins and Atkins vs. Westervelt
   Superior Court of Richmond County
   CAFN: 2012-RCCV-504
   Defense Atty Hilliard V. Castilla
   Waldon Adelman Castilla Hiestand & Prout
   Plaintiff's Atty Robert K. Finnell
   The Finnell Firm
   For the defense 6/4/14

3 – James Blackmon vs. Austin Teng
   CAFN: 2013CV228724
   Superior Court of Fulton County
   Defense Atty Dan Prout
   Waldon Adelman Castilla Hiestand & Prout
   Plaintiff's Atty Joe Weeks
   For the Defense 9/30/14


2015 Deposition Testimony

1 - Hillou vs. Mark Cole and Randal Lowe Enterprises, Inc.
   Cobb Superior Court
   CAFN: 2012A-2766-6

Defense Atty B. Brent Terry
Inhouse Counsel Cincinnati Insurance Company
Plaintiff's Atty Clyde Rickard
Deposition for use at trial taken by defense 1/22/15

2 - Vance C. Smith, III and Patricia L. Smith v. Me'Lyssa L. McDaniels
CAFN: 14C-2391-1
State Court of Gwinnett County
Defense Atty B. Brent Terry
Cincinnati Insurance Company
Plaintiff's Deposition by Peter Daughtery 5/14/15

3 - Vance C. Smith, III and Patricia L. Smith v. Me'Lyssa L. McDaniels
CAFN: 14C-2391-1
State Court of Gwinnett County
Defense Atty B. Brent Terry
Cincinnati Insurance Company
Defense Evidentiary Deposition for use at trial 7/9/15
Taken by Defense Atty B. Brent Terry w/ Pete Daughterty for plaintiff 7/9/15

4 - Carolyn Molden vs. Joy McLaughlin
State Court of Douglas County
CAFN: 14VS00235-WOD
Defense Atty Wes Frances changed to John Alday
Waldon Adelman Castilla Hiestand & Prout
Plaintiff's Discovery Deposition by Alphonso Craig of The Craig Law Group
8/19/15

5 – Wayne Nichols vs. Andrew Fannin
State Court of Henry County
CAFN: STSV2012001291
Defense Atty Hilliard V. Castilla
Waldon Adelman Castilla Hiestand & Prout
Plaintiff's Discovery Deposition by Thomas Trask of
Parks, Chesin & Walbert on 8/31/15

2015 Trial Testimony

1 - Wayne Nichols vs. Andrew Fannin
State Court of Henry County
CAFN: STSV2012001291

Defense Atty Hilliard V. Castilla
Waldon Adelman Castilla Hiestand & Prout
Plaintiff's Attorney Thomas Trask of Parks, Chesin & Walbert
Testified for the defense 9/16/15

2016 Trial Testimony

1 – Sandra Cortez-Chimal vs. Rebecca D. Goode and Larry Earle Goode
   State Court of Coweta County
   CAFN: 14SV0122
   Defense Atty Hilliard V. Castilla
   Waldon Adelman Castilla Hiestand & Prout
   Plaintiff's Atty Randy J. Ebersbach
   Kam Ebersbach & Lewis
   Testified for the defense 1/27/16

2 – Ruby Powers vs. Melvin Meloy Ridley, Jr.
   CAFN: 14EV001056D
   State Court of Gwinnett County
   Defense Atty Kevin Reardon
   Waldon Adelman Castilla Hiestand & Prout
   Testified for Defense 1/28/16

3 - Mika Arnold vs. Felicia Jones and Ira Day
   CAFN: 2014CV01230C
   State Court of Clayton County
   Defense Atty Hilliard V. Castilla
   Waldon Adelman Castilla Hiestand & Prout
   Plaintiff's Attorney Peter Ross
   Testified for the defense 3/2/16

4 - – Mary Hood vs. Xiuwen Tian
   CAFN: 2014SV-0483
   State Court of Fayette County
   Defense Atty Hilliard V. Castilla
   Waldon Adelman Castilla Hiestand & Prout

Testified for the defense 3/8/16

5 - David Michael Cook vs. Mark Peters
    State Court of Fulton County
    CAFN: 14EV001682A
    Defense Atty Hilliard V. Castilla
    Waldon Adelman Castilla Hiestand & Prout
    Testified for the Defense 4/26/16

6 - Erwin Aaron Minley v. Az El Essoufi
    State Court of Fulton County
    CAFN: 14EV001700G
    Def Atty Hilliard V. Castilla
    WACHP
    Plaintiff's Atty Brett Miller
    Testified for the Defense 9/21/16

7 - Ines Garzon and Maurico Galindo vs. Clare Breckinridge
    CAFN: 2015CV259598
    State Court of Fulton County
    Defense Atty Hilliard V. Castilla
    WACHP
    9/28/16 Discovery Deposition taken by Christina Goldstein
    Law Offices of John Morrison, LLC
    Trial Testimony for defense 11/2/16

8 - Carl Beckles vs. Wandalyn Holiman
    State Court of Fulton County
    CAFN: 14EV0011887B
    Defense Atty Hilliard V. Castilla
    WACHP
    Plaintiff's Atty Kendrick McWilliams
    Bruce Hagan Law Firm
    Trial Testimony for defense 11/15/16

2016 Deposition Testimony

1 - Wayne Nichols vs. Andrew Fannin
    State Court of Henry County
    CAFN: STSV2012001291
    Defense Atty Hilliard V. Castilla
    Waldon Adelman Castilla Hiestand & Prout
    Plaintiff's Attorney Thomas Trask of Parks, Chesin & Walbert
    Evidentiary Deposition for use at trial 7/6/16

2 - James Swartz v. Dads Logistics, Inc, Rodriguez Green, Spirit Commercial Auto
Risk Retention Group, Inc., and Charlene Doyle, as Administrator of the Estate of
Craig Doyle, Deceased
    State Court of DeKalb County
    CAFN: 14A534456-6
    Plaintiff's Attorney Jay Sadd
    Slappey & Sadd, LLC
    7/18/16 evidentiary video deposition for the plaintiff

3 – Angila Ross vs. Jesus Saldana-Garcia
    State Court of Gwinnett County
    CAFN: 14-C-06561-S4
    Defense Atty John Alday
    Waldon Adelman Castilla Hiestand & Prout
    Plaintiff's Attorney R. E. Mulholland
    7/21/16 Video Discovery Deposition by Mr. Mulholland

4 - Erwin Aaron Minley v. Az El Essoufi
    State Court of Fulton County
    CAFN: 14EV001700G
    Def Atty Hilliard V. Castilla
    WACHP
    8/11/16 Discovery Deposition by Plaintiff's Atty Brett Miller
    Law Office of Hyng Q. Nguyen

5 - Ines Garzon and Maurico Galindo vs. Clare Breckinridge
    CAFN: 2015CV259598
    State Court of Fulton County
    Defense Atty Hilliard V. Castilla

WACHP
9/28/16 Discovery Deposition taken by Christina Goldstein
Law Offices of John Morrison, LLC

6 - Craig J. Beck vs. Jonathan W. Dominick
    CAFN: 15SC0574-B
    State Court of Forsyth County
    Defense Atty Trevor Hiestand
    Waldon Adelman Castilla Hiestand & Prout
    Plaintiff's Atty Michael Horst
    David Van Sant Law Firm
    Discovery Deposition 10/6/16

7 - – Shin Hee Cho vs. Christine Park Upton
    State Court of DeKalb County
    CAFN: 15A56066E4
    Defense Atty John Alday
    WACHP
    Plaintiff's Discovery Deposition 10/20/16 by James Rice

8 - - Vicoria Kovalsky vs. Arthur J. Ziegler
    State Court of Cobb County
    CAFN: 2013A-1854-6
    Defense Atty John Alday
    WACHP
    Plaintiff's Discovery Depostion 12/15/16 taken by Tim Hall

## 2017 Deposition Testimony

1 - – Derine Wimbush vs. Investment Properties of North Georgia, Joseph Cardoni, John Doe and XYZ Corp
    CAFN: 15A56028E2
    State Court of DeKalb County
    Defense Atty Brian Neary
    Discovery Deposition by Steve Suna 1/25/17

2 - Angila Ross vs. Jesus Saldana-Garcia
    State Court of Gwinnett County
    CAFN: 14-C-06561-S4
    Defense Atty John Alday
    Waldon Adelman Castilla Hiestand & Prout
    Plaintiff's Attorney R. E. Mulholland
    7/21/16 Video Discovery Deposition by Mr. Mulholland
    3/2/17 Second Video Discovery Deposition by Mr. Mullholland

3 - Marcus Priester vs. Sandra Wilson
    CAFN: 16SV127BWS
    State Court of Henry County
    Defense Atty Trevor Hiestand
    WACHP
    Discovery deposition for plaintiff 12/7/17
    Plaintiff's Atty Blair Craig
    Settled 12/8/17

4 - Stefanie Elizabeth Fabian vs. McKenzie Wren Lowe
    State Court of Cobb County
    CAFN: 14A-533-5
    Defense Atty Hilliard V. Castilla
    WACHP
    Plaintiff's discovery deposition 12/13/17 by T. E. Cauthorn

## 2017 Trial Testimony

1 - Shin Hee Cho vs. Christine Park Upton
    State Court of Gwinntett County
    CAFN: 15A56066E4
    Defense Atty John Alday
    Plaintiff's Atty James Rice
    Testified in court for the defense 5/18/17

2 - Craig J. Beck vs. Jonathan W. Dominick
    CAFN: 15SC0574-B
    State Court of Forsyth County
    Defense Atty Trevor Hiestand
    Waldon Adelman Castilla Hiestand & Prout
    Plaintiff's Atty Michael Horst
    David Van Sant Law Firm
    Discovery Deposition 10/6/16
    Testified in court for defense 8/9/17

3 - Vicky Chapman v. Tracy Kuzminsky
       Superior Court of Fulton County
       CAFN: 2013CV234401
       Defense Atty Hilliard V. Castilla
       Waldon Adelman Castilla Hiestand & Prout
       Testified for the defense 10/12/17

4 - – David S. Kendall vs. Amber M. Brown
       State Court of Clayton County
       CAFN: 2014CV05157-6
       Defense Atty Hilliard V. Castilla
       Waldon Adelman Castilla Hiestand & Prout
       Testified for the defense 10/24/17

5 - Wayne Nichols vs. Andrew Fannin
       State Court of Henry County
       CAFN: STSV2012001291
       Defense Atty Hilliard V. Castilla
       Waldon Adelman Castilla Hiestand & Prout
       Plaintiff's Atty Thomas Trask
       Testified for the defense 11/15/17
       USDC Northern District of Georgia

6 - Kevin Sommerville vs. Sadik Ali
       State Court of Cobb County
       CAFN: 16-A-541-4
       Testified for the defense 11/30/17
       Defense Atty Hilliard V. Castilla

# 2018 Deposition Testimony

1 - 1 - – Jeremy Miles vs. Katelyn Parker
       State Court of Forsyth County
       CAFN: 16 SC-0450-A
       Defense Atty Hilliard V. Castilla
       WACHP
       Plaintiff's Discovery Deposition by Blair Craig 1/11/18

2 - – Loftus vs. Azih
       State Court of Cobb County
       CAFN: 16-A-17-6

Defense Atty Hilliard V. Castilla
WACHP
Plaintiff's Discovery Deposition by Blair Craig 4/25/18

3 - – Fay Walker vs. Gabriella Flores
State Court of Clayton County
CAFN: 2016 CV01528C
Defense Attorneys Hilliard V. Castilla, Marcia Stewart, Jodene White
WACHP
Plaintiff's Discovery Deposition 7/19/18 by Darrell Carver
Morgan & Morgan
Settled 7/20/18

4 - Dorothy Navorska vs. Ashley McDougale
State Court of Walker County
CAFN: 14STCV275
Defense Atty Travis Meyer
WACHP
Discovery Deposition by Bobby Lee Cook 7/26/18


# 2018 Trial Testimony

1 - – Robert Rayl vs. Mario Alberto Fernandez
CAFN: 2015SV-0283
State Court of Fayette County
Defense Atty Hilliard V. Castilla
WACHP
Testified for the defense 1/23/18

2 - Sheila Ford, Individually and Sheila Ford as Parent and Natural Guardian of
Brianna Ford, a    Minor vs. Aaron Benson
State Court of Fayette County
CAFN: 2016SV-0034
Defense Atty Hilliard V. Castilla
WACHP
Testified for the defense 1/29/18

3 - Samuel Santamaria vs. Ashley Mae Stewart
CAFN: 16-CV05-098
Superior Court of Jasper County

Defense Atty Hilliard V. Castilla
WACHP
Plaintiff's Attorney Myrlin Earle
Testified for the defense 2/14/18

4 - Angila Ross vs. Jesus Saldana-Garcia
State Court of Gwinnett County
CAFN: 14-C-06561-S4
Defense Atty Trevor Hiestand
Waldon Adelman Castilla Hiestand & Prout
Plaintiff's Attorney R. E. Mulholland's firm
6/5/18 testified for the defense