# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NYAMEKEY ALLEN, and<br>JENNIFER WALLOCH,<br><br>    Plaintiffs,<br>v.<br><br>CRETE CARRIER CORPORATION,<br>and VANESSA LYNN HELTON<br><br>    Defendants. | CIVIL ACTION<br>FILE NO.: 1:18-CV-00079-ELR |

## ORDER

THIS MATTER Having Come Before the Court on the Joint Stipulation And Consent Motion to Dismiss With Prejudice, submitted by all Plaintiffs and all Defendants ("the parties"), and upon consideration thereof and for good cause shown,

**IT IS HEREBY ORDERED** that the Parties' Joint Stipulation and Consent Motion to Dismiss With Prejudice [Doc. 40] is **GRANTED**. The Court orders that all claims shall be dismissed, with prejudice, with each party to bear its own attorneys' fees, expenses, and costs.

ENTERED this 26th day of June 2019.

_Eleanor L. Ross_
Honorable Eleanor L. Ross
United States District Judge